IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAVEL ALEKSANDROVICH AKULOV, <br> MIKHAIL MIKHAILOVICH GAVRILOV, <br> and <br> MARAT VALERYEVICH TYUKOV, <br><br> Defendants. | Case No. 21-20047-HLT/JPO |

### UNSEALING ORDER

Upon the application of the United States, by Assistant United States Attorney Scott C. Rask, that the Indictment and arrest warrants in this case be unsealed.

The Court finds it appropriate for the Indictment and arrest warrants to be unsealed.

IT IS THEREFORE ORDERED that the Indictment and arrest warrants in this matter be unsealed.

Dated: March 24th, 2022

HONORABLE HOLLY L. TEETER
United States District Judge